497 A.2d 610

COMMONWEALTH of Pennsylvania, STATE
ETHICS COMMISSION

v.

William Lake LANDAUER; Robert A. Cook; Lawrence Schade;
Christina Leager; Gregory C. Squire; Thomas J. Wiegand;
Dorothy Cabbott; William E. Supplee, Sr.; Florence B. Sup-
plee; Robert E. Cook; Randy Pals; Joel Z. Goodlin; James E.
Bennett; Ernestine A. Poeta; Katherine L. Adams; John R.
Morris; David S. Garland; Walter Schaffhauser; Glen E.
Walter; Ralph S. Fox, Jr; Donald S. Meredith; Graham D.
Andrews; Robert L. Waring; Chester W. Bukala; R. Stephen
Wagner; Walter E. Brown: James R. Miller; Thomas E.
Fitch; Thomas Jagta; Stephen T. Greene; John Abbate; Tom
Sanders; Caroline G. Leslie; Mark E. Graham; Dominic
Orsino; Rebecca Donnelly; Betty E. Cramer; Edwin A. Kline;
Michael K. Worrall; Gary H. Mitchell; Carolyn D. Hollister;
Glenn H. Oberholtzer; Mabel G. McGinnis; Richard Cini;
John Dorin; Mahlon M. Meck; Albert A. Ignette: Michael R.
Randler; Hayden N. Pritchard; Paula Dovyak; James C.
Edmiston, III; Charles W. Steininger.

Appeal of R. Stephen WAGNER.

Supreme Court of Pennsylvania.

Argued Sept. 16, 1985.

Decided Sept. 16, 1985.

Thomas S. Talarico, Plate, Shapira, Hutzelman, Berlin,
May, Walsh and Braebender, Erie, for appellant in No. 33.

Peter J. Nolan, Media, for appellant in No. 77.

David A. Wion, Reynolds, Bihl, Wion and Trace, Harris-
burg, for appellant in No. 79.

John J. Contino, State Ethics Com'n, Gen. Counsel, Har-
risburg, for appellees in Nos. 33, 77 and 79.

Before NIX, C.J., and LARSEN, McDERMOTT, HUTCH-INSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

AND NOW, this 16th day of September, 1985, the Order of the Commonwealth Court dated May 20, 1985, is hereby reversed for failure to provide due process in the proceedings below.

FLAHERTY, J., did not participate in the consideration or decision of this case.